April 19th, 2021

Michael John / Star
601 Four Mile Road
Suite 106
Alexandria, VA 22305
(703) 953-0232
mike1star1@yahoo.com

RECEIVED
APR 2 2 2021
CLERK, U.S. DISTRICT COURT
ALEXANDRIA VIRGINIA

Clerk of the Court - Civil
Alexandria Federal District Court
401 Courthouse Square
Alexandria, VA 22314

In Re: Service of **Case # 1:20-CV-1544**

Dear Clerk of the Court

    Please have the Marshal's Office serve the parties in the matter noted above. I have enclosed a copy of the Defendant's current information and would like process served to the parties as soon as possible.

    I have been granted the status of "in forma pauperis" by the Court and the fees for such service have been waived.

    I appreciate all of your help in this matter and I look forward hearing from your office in the near future.

Yours Truly,

*Michael Star*

1