IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| MICHAEL STAR, )<br>)<br>*Plaintiff*, )<br>)<br>v. )<br>)<br>BANK ASSOCIATES MERCHANT SERVICES, *et al.*, )<br>)<br>*Defendants*. )<br>) | Case No. 1:20-cv-01544<br>Hon. Liam O'Grady |

## ORDER

Before the Court is Plaintiff Michael Star's Complaint against Defendants Bank Associates Merchant Services, Dimitri Akhrin, and Todd J. Calabrese. Dkt. 1. The Complaint is hereby **DISMISSED** for lack of jurisdiction.

This matter stems from a prior General District Court of Fairfax County ruling, which Plaintiff claims awarded a judgment in his favor against Todd J. Calabrese. Dkt. 1 at 4. Plaintiff asks this federal Court, in essence, to enforce that state court judgment. This is a state action in which this federal Court has no proper role.

Rather, Plaintiff should pursue the relief he seeks through the court that issued the original judgment in his favor. Va. Code Ann. § 8.01-511(A). For this reason, Plaintiff's Complaint is hereby **DISMISSED**.

It is **SO ORDERED**.

May 6, 2021
Alexandria, Virginia

Liam O'Grady
United States District Judge